USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

GUNPOWDER & SKY DISTRIBUTION,      :
LLC, et al.                         :
                        Plaintiffs,  :          1:24-cv-4932 (ALC)
                                    :
           -against-                :          ORDER
                                    :
SCREEN MEDIA VENTURES, LLC, et al.  :
                        Defendants.  :
                                    :

----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs filed the Complaint in this matter on June 28, 2024.   As of October 31, 2024, the

Court has not received notice that the Complaint has been served on Defendant.   Fed. R. Civ. P.

4(m) grants Plaintiff 90 days to perfect service on Defendant.   Accordingly, Plaintiff should have

served the Complaint by September 26, 2024.   In the event of failure to serve by the statutory

deadline, 4(m) provides that the Court, "upon motion or on its own after notice to the plaintiff—

must dismiss the action without prejudice against that defendant or order that service be made

within a specified time."   Plaintiff is ordered to serve Defendant by November 7, 2024 or advise

the Court in a letter by that date as to why it is unable to serve the Complaint.

**SO ORDERED.**

**Dated:   New York, New York**
         **October 31, 2024**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**