


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/12/2024__

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeremy Chase**
(212) 603-6495 tel
(212) 379-5235 fax

jeremychase@dwt.com

November 8, 2024

**VIA ECF**

**Honorable Andrew L. Carter, Jr., U.S.D.J.**
**United States District Court for the Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square Courtroom 1306**
**New York, NY 10007**

      Re:   *Gunpowder & Sky Distribution, LLC et al v. Screen Media Ventures, LLC et al.*
            **Docket No. 1:24-cv-04932-ALC**

Dear Judge Carter, Jr.:

    Plaintiffs Gunpowder & Sky Distribution, LLC and Gunpowder & Sky, LLC (collectively, "Gunpowder") respectfully submits this letter as directed in the Court's October 31, 2024 order to inform the Court as to why Gunpowder has yet to serve the Complaint on Defendants in this matter. *See* Dkt. 10. On June 29, 2024—the day after this suit was initiated—both defendants filed bankruptcy petitions in the United States Bankruptcy Court for the District of Delaware. *See* Case Nos. 24-11461 (Screen Media Ventures, LLC); 24-11456 (Redbox Automated Retail, LLC). As a result of the automatic stay under bankruptcy law, service may not be affected until the petitions are cancelled or the stay is lifted. Accordingly, Gunpowder respectfully asserts that this case should be stayed until those bankruptcy-related proceedings have concluded.

    Gunpowder thanks the Court for its time and consideration of this matter.

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By:  *s/ Jeremy Chase*
                                   Jeremy Chase

                            *Attorney for Plaintiffs Gunpowder & Sky*
                            *Distribution, LLC and Gunpowder & Sky, LLC*

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2024
New York, New York

The Court hereby orders that this case be STAYED until the conclusion of the underlying bankruptcy proceedings. Plaintiff is ORDERED to advise the Court of the status of the underlying bankruptcy proceedings no later than February 12, 2025.