USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| GUNPOWDER & SKY DISTRIBUTION, LLC, et al. | : : | |
| Plaintiffs, | : : | 1:24-cv-4932 (ALC) |
| -against- | : : | **ORDER** |
| SCREEN MEDIA VENTURES, LLC, et al. | : | |
| Defendants. | : : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 11, 2024, and in response to the Court's Order to Show Cause as to why the Complaint should not be dismissed, Plaintiffs requested that the case be stayed in light of Defendants' bankruptcy. ECF No. 11. That same day, the Court ordered the case to be stayed until the conclusion of the bankruptcy proceedings and also ordered Plaintiffs to submit a status report regarding the bankruptcy proceedings on February 12, 2025. ECF No. 12. Plaintiffs failed to do so.

The Court **ORDERS** Plaintiffs to submit a status report as to the bankruptcy proceedings on **September 26, 2025**.

**SO ORDERED.**

Dated:   New York, New York
         September 15, 2025

*[signature]*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**